# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHUN BOWERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. OLUFEMI OWOLABI, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00687-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO SCREEN COMPLAINT<br><br>(ECF No. 3) |

Plaintiff DeShun Bowers is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Defendants removed this case from the Superior Court of California, Kern County, to this Court, under 28 U.S.C. § 1441(b) on May 3, 2023. Defendants request the Court to screen Plaintiff's Complaint under 28 U.S.C. § 1915A.

Because plaintiff is a prisoner proceeding pro se, his complaint is subject to screening under 28 U.S.C. § 1915A and Defendants have no obligation to respond to the complaint until it has been screened and a response has been ordered by the court. Accordingly, Defendants request to screen the complaint is granted, and a response is not due until ordered by the Court.

IT IS SO ORDERED.

Dated: **May 5, 2023**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1