UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHUN BOWERS,<br><br>              Plaintiff,<br><br>      v.<br><br>DR. OLUFEMI OWOLABI, et al.,<br><br>              Defendants. | No. 1:-23-cv-00687-SAB (PC)<br><br>ORDER DENYING DEFENDANTS' REQUEST TO SCREEN PLAINTIFF'S FIRST AMENDED COMPLAINT FOR THE OBVIOUS<br><br>(ECF No. 17) |

DENIED.  28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:   **August 8, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1